AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY 26   AM 11: 17

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No:  6:06CR00026-2 |
| Stephanie Collins ) | USM No:  12964-021 |
| ) | |
| Date of Original Judgment:  January 8, 2008 ) | G. Brinson Williams, Jr., and Michael C. Garrett |
| Date of Previous Amended Judgment:  July 28, 2008 ) | Defendant's Attorneys |

*(Use Date of Last Amended Judgment, if any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __136__ months **is reduced to** __time served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __January 8, 2008__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/26/15

Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*