FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY 26  AM 11: 17

CLERK _Cadow_
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 6:06CR00026-2 |
| Stephanie Collins ) | USM No: 12964-021 |
| ) | |

Date of Original Judgment:         January 8, 2008   )   G. Brinson Williams, Jr., and Michael C. Garrett
Date of Previous Amended Judgment: July 28, 2008    )   Defendant's Attorneys
*(Use Date of Last Amended Judgment, if any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __136__ months **is reduced to** __time served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __January 8, 2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __5/26/15__

_____
Judge's signature

Effective Date: __November 1, 2015__
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*