AO 247 (10/11) Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY 28 PM 2: 16

CLERK C Adams
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 6:06CR00026-2 |
| Stephanie Collins | ) | USM No: 12964-021 |
| | ) | |
| Date of Original Judgment: January 8, 2008 | ) | G. Brinson Williams, Jr., and Michael C. Garrett |
| Date of Previous Amended Judgment: May 26, 2015 | ) | Defendant's Attorneys |

*(Use Date of Last Amended Judgment, if any)*

**Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**
**Reason for Amendment:   [X] Correction of Sentence for Arithmetical Error (Fed.R.Crim.P. 35(a))**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   136   months **is reduced to**   109 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   January 8, 2008   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   5/28/15

Effective Date:   November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*