IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 606-026-2 |
| | * | |
| STEPHANIE COLLINS | * | |

**O R D E R**

Presently before the Court is Defendant Stephanie Collins' motion for early termination of supervised release. Collins pled guilty to a drug-related conspiracy on September 24, 2007, and was sentenced to serve 136 months in prison followed by five years of supervised release. On May 26, 2015, her sentence was reduced to time served pursuant to 18 U.S.C. § 3582(c)(2).

Collins was released from custody on October 30, 2015, and has been under the supervision of the United States Probation Office in this district for nearly four years. She has complied with all conditions of supervision. She has adjusted favorably to her independence by maintaining employment, remaining drug free, and getting married. She has also paid her $5,000 fine. Further, while the Government has not responded to the motion, Collins' supervising probation officer does not object to early termination.

Upon the foregoing, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Collins' motion (doc. 1737) is **GRANTED**. Stephanie Collins is hereby discharged from her term of supervised release. The Clerk is directed to send a copy of this Order to Mr. Drew Walker of the United States Probation Office in Savannah, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of October, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA